# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-189(17) (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| DEBORAH JEAN LOMAX, | |
| Defendant. | |

---

W Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Wayne G, Nelson, **LAW OFFICES OF WAYNE G NELSON**, 5500 Wayzata Boulevard, Suite 1025, Golden Valley, MN 55416, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 11, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Suppression of Statements [Docket No. 451] is **DENIED**.

2. Defendant's Motion for Suppression of all Evidence Obtained Pursuant to the Execution of a Search Warrant [Docket No. 455] is **DENIED**.

DATED: February 11, 2008
at Minneapolis, Minnesota.

                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              United States District Judge